**The MATHWORKS, INC.,**
**Plaintiff–Appellant,**

v.

**COMSOL AB and Comsol, Inc.,**
**Defendants–Appellees.**

No. 2008–1283.

United States Court of Appeals,
Federal Circuit.

Nov. 12, 2008.

Gregory A. Castanias, Jones Day, of Washington, DC, argued for plaintiff-appellant. With him on the brief were Krista S. Schwartz, of Chicago, Illinois, and Susan M. Gerber, of Cleveland, Ohio.

Thomas H. Watkins, Brown McCarroll, L.L.P., Austin, Texas, argued for defendant-appellee. With him on the brief was Elizabeth G. Bloch.

Before RADER, LINN, and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.